DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ERROL O. BOOTHE,**
Appellant,

v.

**CALYPSO CARIBBEAN RESORTS, INC.,**

Appellee.

No. 4D19-2671

[March 26, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John B. Bowman, Judge; L.T. Case No. CACE 16-002801 (02).

Errol O. Boothe, Coconut Creek, pro se.

Philip M. Snyder of Lyons, Snyder & Collin, P.A., Plantation, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***